1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GRACIANO, Individually and on behalf of the Class,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED FIDELITY LIFE INSURANCE COMPANY, a Texas Corporation; and DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　Defendants. | CASE NO.  5:25-cv-01371-JLS-DTB<br><br>**FINAL JUDGMENT** |

1        For the reasons set forth in the Court's August 11, 2025 order granting Defendant United Fidelity Life Insurance Company's motion to dismiss (Doc. 20), it is hereby ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice and without leave to amend.  This is a final judgment disposing of all claims by and against all parties.  Costs of court are taxed against Plaintiff.

Dated: August 17, 2025.

                                            HON. JOSEPHINE L. STATON
                                            UNITED STATES DISTRICT JUDGE